IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS
ADC #151373                                                              PLAINTIFF

v.                          No. 2:20-cv-184-DPM-JTK

GREG RECHCIGL, Health Services
Administrator, WellPath;   TRACY
BENNETT, APN;   TERRI MOODY,
Nurse Practitioner;   OJIUGO
MIENNAYA IKO, Medical Doctor;
MORRIS, Nurse;   MEREDITH TURNER,
Licensed Practical Nurse;   LAQUERIUS
LEFLORE, LPN;   KATRINA ANDERSON,
Nurse;   NATASHA CHILDERS, Nurse;
MARTHA HALL, LPN;   PILGRIM, Nurse;
and OLIVER, Nurse                                                        DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed partial recommendation, *Doc. 5*;   FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).   Lewis's claims against Morris, Anderson, Childers, Hall, Pilgrim, and Oliver are dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 November 2020