IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS,                                                                                  PLAINTIFF
ADC #151373

v.                                           2:20CV00184-DPM-JTK

GREG RECHCIGL, et al.                                                                            DEFENDANTS

## ORDER

Plaintiff Aaron Michael Lewis ("Plaintiff") has filed a Motion for Extension of Time and Order to Compel. (Doc. No. 62). Defendants Bennet, Iko, Leflore, Moody, Rechcigl, and Turner (collectively, "Defendants") have responded. (Doc. No. 63). For the reasons set out below, Plaintiff's Motion is GRANTED in part and DENIED in part.

On November 12, 2021, Defendants filed a Motion for Summary Judgment on the merits of Plaintiff's deliberate indifference to medical needs claims. (Doc. No. 59). Plaintiff asks for additional time in which to respond to Defendants' Motion. (Doc. No. 62). Defendants do not object. (Doc. No. 63 at 1). Plaintiff's request for additional time in which to respond to Defendants' Motion is GRANTED. Plaintiff's must file any response by January 12, 2021.

Plaintiff asks for the Court to order his custodian to allow him "extended amounts of time [in-person] to research at the law library." (Doc. No. 62 at 1). Defendants take no position on this request. (Doc. No. 63 at 1). Plaintiff says he had limited amounts of time in the law library because he was housed in "maximum custody" at the Maximum Security Unit of the Arkansas Division of Correction. (Doc. No. 62 at 1). Plaintiff has since been transferred to the Grady County Law Enforcement Center in Chickasha, Oklahoma. (Doc. No. 64). Plaintiff's request is, accordingly, DENIED.

Plaintiff also asks the Court to compel Warden Lay—not a party to this action—to "produce the documents already subpoenaed by the Court [DE 42-43]." (Doc. No. 62 at 2). Defendants attached to their Response a document that purportedly shows that no June 15, 2021, Plaintiff received and signed for the documents he sought. (Doc. No. 63-1 at 2). Defendants also attached the relevant control booth log to their Response. (<u>Id</u>. at 63-1 at 4). Accordingly, Plaintiff's request that the Court compel the production of documents is DENIED as moot.

IT IS SO ORDERED this 8th day of December, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE