IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                            PLAINTIFF

v.                      No. 2:20-cv-184-DPM-JTK

GREG RECHCIGL, Health Services
Administrator, WellPath; TRACY
BENNETT, APN; TERRI MOODY,
Nurse Practitioner; OJIUGO
MIENNAYA IKO, Medical Doctor;
MEREDITH TURNER, Licensed Practical
Nurse; and LAQUERIUS LEFLORE, LPN                              DEFENDANTS

## ORDER

Lewis's motion, *Doc. 82*, is granted as modified. The Court directs the Clerk to send to Lewis's Adelanto, California address an updated docket sheet and *Doc. 1, 9, 24, 34 & 63*. The Court also directs defendants to promptly resend Lewis all discovery responses and documents previously produced to Lewis. Lewis's objections to Magistrate Judge Kearney's recommendation, *Doc. 72*, are now due by 30 June 2022. No further extensions absent truly extraordinary circumstances.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 March 2022