IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

ARRON MICHAEL LEWIS                                      PLAINTIFF

v.                        No. 2:20-cv-184-DPM

GREG RECHCIGL, Health Services
Administrator, WellPath; TRACY
BENNETT, APN; TERRI MOODY,
Nurse Practitioner; OJIUGO
MIENNAYA IKO, Medical Doctor;
MEREDITH TURNER, Licensed Practical
Nurse; and LAQUERIUS LEFLORE, LPN          DEFENDANTS

ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 72*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The motion for summary judgment, *Doc. 59*, is granted. Lewis does not dispute the medical defendants' statement of facts or the supporting medical records, which establish that he received treatment for his alleged injuries and illnesses. He has had nearly eight months to respond to the motion, and, in that time, he has demonstrated his ability to participate in this case and to communicate effectively when he wishes to do so. His motion for contempt, *Doc. 84*, and his motion for appointment of counsel, *Doc. 85*, are denied. The contempt motion is about an immaterial discovery dispute; and Lewis's hand injury does not entitle him to a lawyer's

assistance. None of these matters present the truly extraordinary circumstances that the Court has required for further extensions, *Doc. 83*. The claims against Rechcigl, Bennett, Moody, Iko, Turner, and Leflore will be dismissed with prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2022