# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

ARRON MICHAEL LEWIS                                                   PLAINTIFF

v.                            No. 2:20-cv-184-DPM

GREG RECHCIGL, Health Services
Administrator, WellPath;  TRACY
BENNETT, APN;  TERRI MOODY,
Nurse Practitioner;  OJIUGO
MIENNAYA IKO, Medical Doctor;
MORRIS, Nurse;  MEREDITH TURNER,
Licensed Practical Nurse;  LAQUERIUS
LEFLORE, LPN;  KATRINA ANDERSON,
Nurse;  NATASHA CHILDERS, Nurse;
MARTHA HALL, LPN;  PILGRIM, Nurse;
and OLIVER, Nurse                                                     DEFENDANTS

## JUDGMENT

Lewis's claims against Morris, Anderson, Childers, Hall, Pilgrim, and Oliver are dismissed without prejudice. His claims against Rechcigl, Bennett, Moody, Iko, Turner, and Leflore are dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 August 2022